UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:
WHITE, RAYMOND TYRONE, SR                    CASE NO. 10-71941-FJS
WHITE, SHENELL W.

_____Debtor(s)_____

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, CAROLYN L. CAMARDO, as Trustee of the above-captioned matter, and respectfully states that, pursuant to the orders of distribution, she has disbursed the entire amount in the Trustee's account, and all checks have cleared with the exception of the following:

| Claim # | Check # | Claimant | Amount |
|---|---|---|---|
| 6 | 104 | Verizon | $9.96 |

Pursuant to 11 U.S.C. § 347 and Fed. R. Bankr. P. 3011, the Trustee shall provide a check made payable to the U.S. Bankruptcy Court in the amount of to the clerk of the court representing unclaimed funds to be deposited in the "unclaimed funds account" of the Treasury of the United States and states that the claimants entitled thereto are as listed above. Said funds are subject to withdrawl as provided by 28 U.S.C. 2042 and shall not escheat under any state law.

I hereby certify that a true and correct copy of the above and foregoing has been furnished to the U.S. Trustee, 200 Granby Street, Ste. 625, Norfolk, VA, 23510, this 10th day of November, 2011.

/s/ Carolyn L. Camardo
CAROLYN L. CAMARDO
Chapter 7 Trustee
258 N. WITCHDUCK RD., SUITE C
VIRGINIA BEACH, VA 23462
(757) 490-2200